IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MERCY HOSPITAL AND MEDICAL CENTER, *et al.*[1] | ) ) | Case No. 21-01805 |
| | ) | Honorable Timothy A. Barnes |
| Debtors-in-Possession. | ) ) | (Jointly Administered) |

## NOTICE OF OBJECTION

To:  See Attached Service List

PLEASE TAKE NOTICE that the United States Trustee has an objection to and respectfully requests to be heard on the following motion:

(i) Motion to Approve Case Management Procedures, (II) Approving the Notice Thereof, and (III) Granting Related Relief [Dkt. No. 29]

noticed for hearing on February 23, 2021 at 2:00 p.m. before the Honorable Timothy A. Barnes.

PATRICK S. LAYNG
UNITED STATES TRUSTEE

*/s/ Jeffrey Gansberg*
Jeffrey Gansberg, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 886-3327

## CERTIFICATE OF SERVICE

I, Jeffrey Gansberg, an attorney, state that on February 22, 2021, pursuant to Local Rule 9013-1(D) the **Notice of Objection** was filed and served on all parties via the Court's Electronic Notice for Registrants, as indicated below.

*/s/ Jeffrey Gansberg*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal identification number are: Mercy Hospital and Medical Center (0152) and Mercy Health System of Chicago (3327).

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants:**

| | |
|---|---|
| Erin M Buechler | erin.buechler@comed.com |
| Augustus T Curtis | augustus.t.curtis@usdoj.gov |
| Jaime Dowell | jaime.dowell@cityofchicago.org |
| Charles A King | chuck.king@cityofchicago.org |
| Phillip A Martin | pmartin@fmdlegal.com |
| Matthew J Stockl | mstockl@foley.com; TDolcourt@foley.com; dnichols@foley.com; egreen@foley.com; docketflow@foley.com |
| Matthew Struble | mstruble@velaw.com |